IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| NATHANIEL CLARKE, <br> Plaintiff | : <br> : <br> : | |
| v. | : <br> : | CIVIL ACTION NO. 25-CV-2802 |
| CITY OF PHILADELPHIA, *et al.*, <br> Defendants | : <br> : | |

## ORDER

AND NOW, this 25th day of August, 2025, upon consideration of *pro se* Plaintiff Nathaniel Clarke's Second Amended Complaint (ECF No. 14) and Motion to Supplement Record with Recent Harm and Obstruction (ECF No. 15), it is **ORDERED** that:

1. For the reasons stated in the Court's Memorandum, the Second Amended Complaint (ECF No. 14) is **DISMISSED WITH PREJUDICE** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim.

2. The Motion to Supplement Record with Recent Harm and Obstruction (ECF No. 15) is **DENIED** as moot.

3. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

BY THE COURT:

_____
KAI N. SCOTT, J.